UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jose Cabrera,<br>    Plaintiff<br><br>VS.<br><br>American Adjustment Bureau, Inc.,<br>    Defendant. | §<br>§<br>§<br>§  CASE NO. 3:16-cv-00239-JAM<br>§<br>§<br>§ |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 24, 2016

,
Respectfully Submitted,
*/s/Raphael Deutch*
By:  Raphael Deutsch
301 Highland Avenue
Waterbury, CT, 06708
rdeutsch@rjalegal.com
*Attorneys for Plaintiff*